NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MIGHTON PRODUCTS LIMITED,**
*Appellant*

**v.**

**VISION INDUSTRIES GROUP, INC.,**
*Appellee*

_____

2018-1034

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00792.

_____

**JUDGMENT**

_____

SCOTT DANIELS, Westerman, Hattori, Daniels & Adrian, LLP, Tysons, VA, argued for appellant.

VINCENT MCGEARY, McGeary Cukor LLC, Morristown, NJ, argued for appellee. Also represented by MICHAEL CUKOR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 7, 2018 | /s/Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |